389 A.2d 184

Commonwealth v. Wilson, Appellant.

Submitted March 14, 1977. Frederic G. Antoun, Jr., Assistant Public Defender, for appellant; Edwin W. Frese, Jr., Chief Deputy District Attorney, and LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.